# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **NEW CENTURY FOUNDATION,** | Case No. 3:18-cv-00839 |
| and | Hon. Aleta A. Trauger |
| **SAMUEL JARED TAYLOR,** | |
| Plaintiffs, | |
| v. | |
| **MICHAEL ROBERTSON,** *In his official capacity as director of Tennessee Department of Environment and Conservation*, | |
| Defendant. | |

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Plate LLC, certify to the best of my knowledge and belief that my client has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1.

RESPECTFULLY SUBMITTED this 18th day of September, 2018.

                                                                    By: __s/Van R. Irion_____
                                                                     Van R. Irion
                                                                     TN Bar Number 024519
                                                                     Law Office of Van R. Irion
                                                                     800 South Gay Street, Suite 700
                                                                     Knoxville, TN 37929
                                                                     ***Attorney for Plaintiffs, Pro Hac Vice***