AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NEW CENTURY FOUNDATION, ET AL.

**EXHIBIT AND WITNESS LIST**

V.

MICHAEL ROBERTSON

Case Number: 3:18-0839

| PRESIDING JUDGE ALETA TRAUGER | PLAINTIFF'S ATTORNEY Van Irion | DEFENDANT'S ATTORNEY Dawn, Jordan, Jay Ballard, Sara Ohlman |
|---|---|---|
| TRIAL DATE (S) 10/4/18 (PI hrg) | COURT REPORTER Roxann Harkins | COURTROOM DEPUTY Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | X | 10/4/18 | | | **WIT: Michael Robertson, defendant Director of TN Parks** |
| | 1 | " | | X | **Affidavit of defendant** |
| | 2 | " | | X | **New contract to plaintiff** |
| | 3 | " | | X | **Photos of Montgomery Bell State Park** |
| | 4 | " | | X | **Email 5/1/18 and 5/3/18** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages