IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NEW CENTURY FOUNDATION, ET AL. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:18-cv-00839 |
| ) | Judge Trauger |
| MICHAEL ROBERTSON, *In his capacity as* ) | |
| *Director of Tennessee Department of Environment* ) | |
| *and Conservation*, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that the initial case management conference in this case is hereby RESET for Wednesday, December 5, 2018 at 2:30 p.m

It is so **ORDERED.**

Enter this 6th day of November 2018.

_____
ALETA A. TRAUGER
U.S. District Judge