UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| NEW CENTURY FOUNDATION, ) | |
| ) | |
| and ) | |
| ) | |
| SAMUEL JARED TAYLOR, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case 3:18-cv-00839 |
| ) | |
| MICHAEL ROBERTSON, in his official ) | Judge Aleta A. Trauger |
| capacity as director of Tennessee ) | |
| Department of Environment and ) | |
| Conservation, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR JUDICIALLY
CONDUCTED SETTLEMENT CONFERENCE**

Pursuant to Fed. R. Civ. P. 7(b), and L.R. 7.01(a) and 16.04(b), Defendant Michael Robertson hereby requests a judicially conducted settlement conference in this matter. The parties have engaged in some preliminary discussions, but have been unsuccessful. Defendant believes that a settlement conference would be beneficial.

Pursuant to L.R. 7.01(a), counsel for the Defendant has conferred with opposing counsel who has indicated that he consents to this motion.

Respectfully submitted,

**HERBERT H. SLATERY III
ATTORNEY GENERAL AND REPORTER**

s/ Dawn Jordan
**Dawn Jordan**, BPR No. 20383
Senior Deputy Attorney General
**Jay C. Ballard**, BPR No. 17242
Deputy Attorney General
**Sara Ohlman**, BPR No. 36313
Assistant Attorney General
UBS Tower, 18th Floor
P.O. Box 20207
Nashville, TN 37202-0207
Facsimile: (615) 741-7327
dawn.jordan@ag.tn.gov – (615) 741-6440
jay.ballard@ag.tn.gov - (615) 741-5031
sara.ohlman@ag.tn.gov – (615) 532-9631

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2019, a copy of **Defendant's Motion for Judicially Conducted Settlement Conference** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

Van R. Irion
Law Office of Van R. Irion
800 S. Gay St., Ste. 700
Knoxville, TN 37929

Parties may access this filing through the Court's electronic filing system.

   *s/ Dawn Jordan*
   Dawn Jordan