| | |
|---|---|
| From: | Mike.Robertson@tn.gov |
| Sent: | Wednesday, February 21, 2018 6:35 PM |
| To: | James Hutcherson |
| Cc: | John Curatolo; Wayne Sellers |
| Subject: | Re: Protest and Demonstrations: Montgomery Bell. |

Thanks everyone. We will see you tomorrow.

Mike Robertson
Tennessee State Parks
Director of Operations

> On Feb 21, 2018, at 6:15 PM, James Hutcherson <James.Hutcherson@tn.gov> wrote:
>
> Yes, Captain Wayne Sellers and myself will be there at 9am.
> Major Jim Hutcherson
>
>> On Feb 21, 2018, at 5:30 PM, John Curatolo <John.Curatolo@tn.gov> wrote:
>>
>> Thanks!
>>
>> Sent from my iPhone
>>
>>> On Feb 21, 2018, at 5:01 PM, Mike Robertson <Mike.Robertson@tn.gov> wrote:
>>>
>>> Just assuring you all are attending this tomorrow…
>>>
>>> -----Original Appointment-----
>>> From: Mike Robertson
>>> Sent: Wednesday, February 14, 2018 3:11 PM
>>> To: Mike Robertson; Pat Wright; Shane Petty; Joshua Waggener; Travis
>>> Bow; James Tinch; John Curatolo; James Hutcherson; Christopher
>>> Padgett
>>> Cc: COM Purkey, David W.; Brock Hill; Bob Martineau; Brian Clifford;
>>> Will Kerby; Rick Shipkowski; COL Tracy Trott; Allen Leverette; Wayne
>>> Sellers; Christopher Dye; Ryan Forbess
>>> Subject: Protest and Demonstrations: Montgomery Bell.
>>> When: Thursday, February 22, 2018 9:00 AM-11:30 AM (UTC-06:00) Central Time (US & Canada).
>>> Where: Montgomery Bell Visitor Center
>>>
>>>
>>>
>>> I appreciate everyone's willingness to meet and talk through and plan for these upcoming events. I have made arrangements for us to meet at the Montgomery Bell State Park Visitor Center. If we need to adjust the date or time let me know but these date looks open for most. Hope to see you all then.
>>>
>>> _____

>>> From: COM Purkey, David W.
>>> Sent: Wednesday, February 14, 2018 9:51 AM
>>> To: Mike Robertson
>>> Cc: Pat Wright; Christopher Padgett; Shane Petty; Joshua Waggener;
>>> Brock Hill; Bob Martineau; Brian Clifford; Will Kerby; Travis Bow;
>>> James Tinch; Rick Shipkowski; COL Tracy Trott; Dereck Stewart; John
>>> Curatolo; Jerry Stout; Dwayne Collins; Tony Barham
>>> Subject: RE: Protest and Demonstrations:
>>>
>>>
>>> Thanks, Mike.
>>>
>>> Colonel and Rick, please assign a couple of your key people to meet with Mike and his folks to help them strategize this going forward. We know it's a growing occurrence and I understand the best plan is to mitigate the potential challenges in advance.
>>>
>>> Appreciate you all…
>>>
>>>
>>>
>>> David W. Purkey | Commissioner
>>> Governor's Homeland Security Advisor
>>> 312 Rosa L. Parks Avenue, Nashville, TN  37243 p. 615-251-5128
>>> david.purkey@tn.gov<mailto:david.purkey@tn.gov>
>>> www.tn.gov/safety<http://www.tn.gov/safety>
>>>
>>>
>>>
>>> From: Mike Robertson
>>> Sent: Wednesday, February 14, 2018 8:31 AM
>>> To: COM Purkey, David W.
>>> Cc: Pat Wright; Christopher Padgett; Shane Petty; Joshua Waggener;
>>> Brock Hill; Bob Martineau; Brian Clifford; Will Kerby; Travis Bow;
>>> James Tinch
>>> Subject: Protest and Demonstrations:
>>>
>>> Commissioner Purkey,
>>> This is a follow up email concerning our conversation Monday.  TDEC Division of State Parks request the assistance of the Department of Safety and Homeland Security in planning and effectively managing a growing concern around White Supremacy groups utilizing our Tennessee State Parks and their facilities to hold meetings, and with those meetings increasing demand by protest groups seeking permits to demonstrate against these groups.
>>>
>>> The park of greatest concern this year is Montgomery Bell State Park where we have two groups utilizing our Inn and Conference Center.  These include the following.
>>>         New Century Foundation on April 27th – 29th.
>>>         American Freedom Party on June 15th – 17th .
>>> Tennessee State Parks has been addressing the concerns associated with the New Century Foundation meetings for the last 6 years, with minor issues associated with the meeting until last year, where protest group grew in number to 100 plus resulting in several minor incidents and one incident of assault that resulted in two arrest.  The American Freedom Party is a new group utilizing the facilities at Montgomery Bell State Park and

we are unsure of the issues that this group will present. Tennessee State Parks request to meet with your team to talk through these two groups and the response that our two Departments can bring to bear to ensure that these two events and future events like these have minimal impact on our daily park visitors and that we can ensure the safety of all our park visitors.
\>\>\>
\>\>\> We will make arrangements to meet with your team at a time and place that is convenient to you. I appreciate your time and consideration in this matter. If you have any questions or need any additional information please contact me.
\>\>\>
\>\>\>
\>\>\>
\>\>\> Mike Robertson
\>\>\> Director of Operations
\>\>\> Tennessee State Parks
\>\>\> Office: 615-532-0434
\>\>\> Mike.Robertson@tn.gov<mailto:Mike.Robertson@tn.gov>
\>\>\> www.tnstateparks.com<http://www.tnstateparks.com/>
\>\>\> facebook.com/tennesseestateparks<https://www.facebook.com/tennesssees
\>\>\> tateparks> We value your feedback! Please complete our customer
\>\>\> satisfaction
\>\>\> survey<https://stateoftennessee.formstack.com/forms/tdec_customer_sv
\>\>\> s>
\>\>\>
\>\>\>
\>\>\>
\>\>\> From: Pat Wright
\>\>\> Sent: Tuesday, February 13, 2018 6:13 PM
\>\>\> To: Mike Robertson
\>\>\> Subject: conferences
\>\>\>
\>\>\> New Century Foundation is April 27th-29th
\>\>\>
\>\>\> American Freedom Party is June 15th-17th
\>\>\>
\>\>\> <ATT84468>
\>\>\> <ATT97867>
\>\>\> <ATT38759>
\>\>\> <meeting.ics>